

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC
F. #2011R00917

*610 Federal Plaza*
*Central Islip, New York 11722*

June 25, 2014

<u>By Hand and ECF</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
Central Islip, New York  11722

      Re:    United States v. John Doe
                 Criminal Docket No. 12-CR-552 (JFB)

Dear Judge Bianco:

      The government writes to ask the Court to adjourn the sentencing in the above-referenced case to October 29, 2014 at 11:30 a.m. because the Probation Department has not yet completed the Presentence Investigation Report.

                      Respectfully submitted,

                      LORETTA E. LYNCH
                      United States Attorney

            By:       /s/
                      Christopher C. Caffarone
                      Assistant U.S. Attorney
                      (631) 715-7868

CC:    Tracey Gaffey, Esq. (By ECF)